**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| USMON SAMEJONOV,<br><br>*Petitioner,*<br><br>v.<br><br>J.L. JAMISON, *et al.*,<br><br>*Respondent.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 2:26-cv-08141 |

## ORDER

**AND NOW**, this 29th day of October, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. No.1) and the Government's Response in Opposition (Dkt. No. 6), it is hereby **ORDERED** that the Petition is **DISMISSED** without prejudice. Nothing in this Court's Order precludes Petitioner from refiling this Petition if the Government has not provided a bond hearing within a reasonable time. Petitioner may be transferred to another facility so that he may be afforded the opportunity to appear at future immigration hearings and pursue his available administrative remedies.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1] For the reasons set forth in the Court's opinion in *Beradze v. Rife*, No. 26-cv-07111 (E.D. Pa. September 23, 2026), the Court denies the Petition.